**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2762**

---

PHILIP M. COOPER,

Plaintiff - Appellant,

versus

S. C. SPRADLIN, Officer; L. M. WETZEL, Offi-
cer; VIRGINIA COCHRAN, Judge; W. S. HUMPHREY,
Officer; CITY OF VIRGINIA BEACH; LONDON BRIDGE
MOTOR COMPANY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-94-1106-2)

---

Submitted: March 21, 1996          Decided: April 2, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Philip M. Cooper, Appellant Pro Se. Kenneth Michael Golski,
CITY ATTORNEY'S OFFICE, Virginia Beach, Virginia; Lee Melchor
Turlington, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia; Jeff Wayne Rosen, ADLER, ROSEN & PETERS, P.C., Virginia
Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cooper v. Spradlin</u>, No. CA-94-1106-2 (E.D. Va. Sept. 6, 1995; June 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>